ACCEPTED
04-15-00197-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/5/2015 11:25:45 AM
KEITH HOTTLE
CLERK



**Bexar County Public Defender's Office**
101 W. Nueva ◆ Paul Elizondo Tower – Suite 310 ◆ San Antonio, TX 78205-3440
Phone: (210) 335-0701 ◆ Fax: (210) 335-0707

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/5/2015 11:25:45 AM
KEITH E. HOTTLE
Clerk

May 5, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

> Re:   Michael S Eisenhauer v. State of Texas
> Appeal Nos. 04-15-00196-CR & 04-15-00197-CR
> Cause Nos. 2013-CR-6130 & 2014-CR-0043

To the Honorable Court of Appeals:

Pursuant to Tex. R. App. P. 48.4 (West 2013), I hereby certify that I have notified the Appellant, Michael S Eisenhauer, of his right to file a *pro se* petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Mr. Eisenhauer. The notification was sent by certified mail, return receipt requested. A copy of the return receipt is attached to this letter. The undersigned attorney supplies the Court with the following information about this case:

> Appellate attorney: Richard B. Dulany, Jr. (SBN:06196400)
> Date of Opinion and Judgment: April 29, 2015
> Date notification mailed to Appellant: April 29, 2015
> Certified mail number: 7012-1640-0002-4217-9932
> Date return receipt received by the undersigned attorney: May 4, 2015

Sincerely yours,

RICHARD B. DULANY, JR.
Appellate Public Defender

Attachment
/cmb

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHAEL EISENHAUER
TDCJ # 01923156
LOPEZ STATE JAIL
1203 EL CIBOLO RD.
EDINBURG TX 78542

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _(signature)_    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

_E Dull_    5/1/15

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7012 1640 0002 4217 9932

PS Form 3811, July 2013    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

*Bexar County*
*Appellate Public Defender's Office*
Paul Elizondo Tower
101 W. Nueva, Suite 310
San Antonio, Texas 78205